**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marquise Demetris JENKINS,
Defendant–Appellant.**

**No. 12–15169
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2013.

Edwin F. Knight, Robert G. Davies, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Michelle Lynn Hendrix, Vernis & Bowling of Northwest Florida, PA, Pensacola, FL, for Defendant–Appellant.

Marquise Demetris Jenkins, Pollock, LA, pro se.

Before CARNES, Chief Judge, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Michelle Hendrix, appointed counsel for Marquise Jenkins in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jenkins's convictions and sentences are **AFFIRMED.**